# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STATION GVR ACQUISITION,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01453-CDS-NJK<br><br>**ORDER** |

Plaintiff filed an amended complaint that is not signed. Docket No. 8.[1] Pleadings must be signed. *See* Fed. R. Civ. P. 11(a). Plaintiff is hereby **ORDERED** to refile the amended complaint with his signature by September 24, 2024. Failure to comply with this order may result in the striking of the amended complaint and dismissal.

IT IS SO ORDERED.

Dated: September 10, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Plaintiff's initial complaint is likewise unsigned. Docket No. 1-1.

1