# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM H. BALL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STATION GVR ACQUISITION,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-01453-CDS-NJK<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff filed an amended complaint that is not signed. Docket No. 8.[1] On September 10, 2024, the Court ordered Plaintiff to refile the amended complaint with his signature by September 24, 2024. Docket No. 9 at 1 (citing Fed. R. Civ. P. 11(a)). The Court warned that "[f]ailure to comply with this order may result in the striking of the amended complaint and dismissal." *Id.* Despite that warning, Plaintiff did not refile the amended complaint with a signature and the deadline to do so has expired. Accordingly, the undersigned **RECOMMENDS** that Plaintiff's unsigned complaints (Docket Nos. 1-1, 8) be **STRUCK** pursuant to Rule 11(a) of the Federal Rules of Civil Procedure and that this case be **DISMISSED** without prejudice.

Dated: September 26, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen

---

[1] Plaintiff's initial complaint is likewise unsigned. Docket No. 1-1.

1

days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).